# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 105

| | |
|---|---|
| **TGMARC DEVELOPMENT CO., LC,** *individually and derivatively on behalf of* Bright's Creek Property Owners' Association, Inc., </br></br> **Plaintiff,** </br></br> v. </br></br> **PASQUALE GIORDANO,** *individually and in his capacity as Director*, **et al.,** </br></br> **Defendants.** | **ORDER** |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 39) filed by Christopher B. Major. Upon review of the Motion, it appears that Mr. Major is local counsel for Plaintiff and a member in good standing of the Bar of this Court and that he seeks the admission of John William Matthews, III, who is a member in good standing of the South Carolina Bar. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 39) and **ADMITS** John William Matthews, III to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 16, 2018

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge