# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TGMARC Development Co., LC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00105-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Pasquale Giordano | ) | |
| Bright's Creek Property Owners' | ) | |
| Association, Inc. | ) | |
| Omar Botero | ) | |
| Walter Kolker | ) | |
| David Gillespie | ) | |
| Frank Blythe | ) | |
| Terry Lamore | ) | |
| E. Major Schutt, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2019 Order.

January 7, 2019

_____
Frank G. Johns, Clerk
United States District Court